UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Fathers and Daughters Nevada, LLC,

                      Plaintiff(s),

v.                                      Case No. 4:16–cv–10372–TGB–APP
                                                 Hon. Terrence G. Berg

Does 1–15, et al.,

                      Defendant(s).

---

### NOTICE OF DENIAL OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

A Clerk's Entry of Default as to Jyotsna Govani, Caroljoy Hartley, Annette Shaffer has been requested pursuant to Fed. R. Civ. P. 55(a). The Clerk's Entry of Default will not be entered for the following reason(s):

- No statement attesting by affidavit that defendants has failed to plead or otherwise defend in accordance with Fed.R.Civ.P.12

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            DAVID J. WEAVER, CLERK OF COURT

                                            By: s/ L. Granger
                                                  Deputy Clerk

Dated: June 20, 2016